**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7188**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

         v.

JULIUS BROWN,

                    Defendant – Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William  D.  Quarles,  Jr., District
Judge.  (1:00-cr-00100-WDQ-2)

———————

Submitted:  February 13, 2012      Decided:  February 21, 2012

———————

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Julius  Brown,  Appellant  Pro  Se.   Barbara  Slaymaker  Sale,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julius Brown appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. In his motion, Brown sought the benefit of Amendments 591 and 599 of the U.S. Sentencing Guidelines. Amendments 591 and 599 became effective on November 1, 2000, and were incorporated into the 2000 version of the U.S. Sentencing Guidelines Manual, pursuant to which Brown's Guidelines range was calculated. As such, he received the benefit of Amendments 591 and 599 at the time of sentencing in August 2001, and his § 3582(c)(2) motion was properly denied. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED